# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JASON M. TARDIFF, <br><br> Plaintiff, <br><br> v. <br><br> SIGCO, INC., SIGCO, INC. INCENTIVE COMPENSATION PLAN, PRINCIPAL LIFE INSURANCE COMPANY, CRH AMERICAS DEFERRED COMPENSATION PLAN, And EDRICK WITTES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:21-cv -00035-LEW |

## JOINT MOTION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7(a), Plaintiff Jason Tardiff ("Plaintiff") and Defendants SIGCO, Inc., SIGCO, Inc. Incentive Compensation Plan, Edrick Wittes, CRH Americas Deferred Compensation Plan, and Principal Life Insurance Company ("Defendants") move the Court for an enlargement of the time period set forth in this Court's July 19, 2021 Order (ECF No. 40) to complete the settlement of this matter and file a stipulation of dismissal until September 1, 2021. In support of this motion, the parties state as follows.

1) The parties engaged in a court-annexed settlement conference with Magistrate Judge Nivison on July 19, 2021, at which time the parties reached a settlement in principal.

2) Pursuant to this Court's July 19, 2021 Order (ECF No. 40), the parties are to complete settlement of this matter and cause to be filed a stipulation of dismissal, with prejudice and without costs, by August 18, 2021.

3) The parties have finalized and executed the written settlement agreement in this

1

matter.

    4) Defendants are in the process of remitting the agreed-upon settlement payment to the Plaintiff, but do not anticipate that Plaintiff will receive the full settlement payment on or before August 18, 2021.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants respectfully request that the Court grant them an enlargement of time to and including September 1, 2021, to complete the settlement and to file a stipulation of dismissal.

Respectfully submitted,

| | |
|---|---|
| */s/ Gisele M. Nadeau* | */s/ Emily P. Crowley* |
| Gisele M. Nadeau | John D. Gleason |
| 55 Pleasant Avenue | Emily P. Crowley |
| Portland, ME 04103 | CURTIS THAXTER LLC |
| (207) 671-0327 | One Canal Plaza, Suite 1000/P.O. Box 7320 |
| Gisele@nadeauerisalaw.com | Portland, ME 04112-7320 |
| | (207) 774-9000 |
| *Counsel for Plaintiff Jason Tardiff* | jgleason@curtisthaxter.com |
| | ecrowley@curtisthaxter.com |

*Counsel for SIGCO, Inc., SIGCO, Inc. Incentive Compensation Plan, Edrick Wittes, and CRH Americas Deferred Compensation Plan*

*/s/ Cameron R. Goodwin*
Cameron R. Goodwin
Pierce Atwood, LLP
254 Commercial Street
Portland, ME 04101
(207) 791-1309
cgoodwin@pierceatwood.com

*Pro Hac Vice*
Brooks R. Magratten
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

*Counsel for Principal Life Insurance Company*