# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JASON M. TARDIFF, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:21-cv -00035-LEW ) |
| SIGCO, INC., SIGCO, INC. INCENTIVE COMPENSATION PLAN, PRINCIPAL LIFE INSURANCE COMPANY, CRH AMERICAS DEFERRED COMPENSATION PLAN, And EDRICK WITTES, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Jason M. Tardiff and Defendants SIGCO, Inc., SIGCO, Inc. Incentive Compensation Plan, Edrick Wittes, CRH Americas Deferred Compensation Plan, and Principal Life Insurance Company, by and through their respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of the above-entitled action with prejudice, each party to bear his and its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Gisele M. Nadeau* | */s/ Emily P. Crowley* |
| Gisele M. Nadeau | John D. Gleason |
| 55 Pleasant Avenue | Emily P. Crowley |
| Portland, ME 04103 | CURTIS THAXTER LLC |
| (207) 671-0327 | One Canal Plaza, Suite 1000/P.O. Box 7320 |
| Gisele@nadeauerisalaw.com | Portland, ME 04112-7320 |
| | (207) 774-9000 |
| *Counsel for Plaintiff Jason Tardiff* | jgleason@curtisthaxter.com |
| | ecrowley@curtisthaxter.com |
| Dated: August 30, 2021 | |
| | *Counsel for SIGCO, Inc., SIGCO, Inc. Incentive Compensation Plan, Edrick Wittes, and CRH Americas Deferred Compensation Plan* |
| | Dated: August 30, 2021 |

1

*/s/ Cameron R. Goodwin*
Cameron R. Goodwin
Pierce Atwood, LLP
254 Commercial Street
Portland, ME 04101
(207) 791-1309
cgoodwin@pierceatwood.com

*Pro Hac Vice*
Brooks R. Magratten
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
bmagratten@pierceatwood.com

*Counsel for Principal Life Insurance Company*

Dated: August 30, 2021